```
BENJAMIN B. WAGNER
United States Attorney
ELLIOT C. WONG
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:16-po-00131-AC |
| ) | |
| Plaintiff, ) | [~~Proposed~~] ORDER TO DISMISS |
| ) | VIOLATION NOTICE 4370954/CA95 |
| v. ) | |
| ) | |
| FLORA A. ROGERS, ) | DATE:  May 10, 2016 |
| ) | TIME:  9:00 a.m. |
| Defendant. ) | JUDGE: Hon. Allison Claire |
| ) | |
| ) | |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss Case Number 2:16-po-00131-AC relating to Violation Number 4370954/CA95 with prejudice is GRANTED.

The United States Attorney's Office is directed to notify the defendant of the court's dismissal of this case; the Clerk's Office is not required to complete service by mail on the defendant.

IT IS SO ORDERED.

Dated: May 4, 2016

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1